HALL, Respondent, v. PRESIDENT, ETC., OF DELAWARE & H. CANAL CO., Appellants. (Supreme Court, Appellate Division, Third Department. November 30, 1897.) Action by Edgar J. Hall against president, managers, and company of the Delaware & Hudson Canal Company. No opinion. Judgment affirmed, with costs. All concur, except MERWIN, J., dissenting.

HALLORAN, Appellant, v. STANDARD LIFE & ACCIDENT INS. CO., Respondent. (Supreme Court, Appellate Division, Third Department. December 7, 1897.) Action by Alma B. Halloran against the Standard Life & Accident Insurance Company. No opinion. Judgment affirmed, with costs.

HAMILTON, Respondent, v. JUDSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July Term, 1897.) Action by Frank Hamilton against Edward B. Judson, Jr., and W. Judson Smith, as receivers of the Syracuse Street-Railroad Company. No opinion. Judgment and order affirmed, with costs.

HARRISON et al., Appellants, v. VILLAGE OF EAST SYRACUSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Phillip H. Harrison and others against the village of East Syracuse. No opinion. Order reversed, with $10 costs and disbursements, and motion denied. All concur, except WARD, J., not voting.

HARTMAN, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 30, 1897.) Action by Elizabeth Hartman against Nassau Electric Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce recovery of damages to $7,000, and extra allowance proportionately, and, in case of such stipulation, the judgment as modified and order are unanimously affirmed, without costs to either party.

In re HATCH. (Supreme Court, Appellate Division, First Department. December 17, 1897.) In the matter of Alfrederick S. Hatch. No opinion. Motion denied. See 47 N. Y. Supp. 850.

HAYNES, Appellant, v. EVEREST et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 7, 1897.) Action by Frederick M. Haynes against Frank Everest and Francis H. Everest. No opinion. Judgment affirmed, with costs.

HEALD v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by Anna Heald against the mayor, etc., of city of New York. No opinion. Motion granted, with $10 costs.

HEALTH DEPARTMENT v. DASSORI. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by the health department against Frederick Dassori. No opinion. Motion granted upon payment of $10 costs and any printing disbursements which may be incurred by the plaintiffs. In case the plaintiffs withdraw their appeal, the defendant should pay the disbursements incurred in printing papers for court of appeals. See 47 N. Y. Supp. 641.

HEALY, Respondent, v. CITY OF ELMIRA, Appellant. (Supreme Court, Appellate Division, Third Department. November 30, 1897.) Action by Catherine M. Healy against the city of Elmira. No opinion. Judgment and order affirmed, with costs.

HEARD, Appellant, v. CLARK et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 14, 1897.) Action by Sarah R. Heard, trustee, against Jane E. Clark and Edward J. Clark. No opinion. Judgment and order affirmed, on consent, with $10 costs, with leave to the appellant to plead anew, and to sever the action, and proceed against the respondents severally on payment of said costs and costs in the court below within 20 days after serving notice of the entry of this judgment.

HENRY, Appellant, v. LAWTON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Goodrich W. Henry against Edward C. Lawton and Esther D. Lawton. No opinion. Judgment of the county court reversing the judgment of the justice's court as to Esther D. Lawton affirmed, with costs.

HERMAN et al., Respondents, v. HERMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Joseph Herman and others against Anthony Herman and others. No opinion. Appeal dismissed, with $10 costs and disbursements, on the ground that the record does not contain the order appealed from nor the affidavits on which the same is based, and there is no authority for receiving as a substitute therefor a statement of facts agreed upon by the parties.

HILL v. WARNER. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Thomas Hill, Jr., against Abram L. Warner. No opinion. Motion denied. Held that, an appeal having been taken to the court of appeals, the motion is, for that reason, denied, without costs. See 47 N. Y. Supp. 1138.

HITCHCOCK, Respondent, v. TOWN OF RIPLEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Burdette Hitchcock against the town of Ripley. No opinion. Judgment and order affirmed, with costs.